UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CARLOS, JOSE M § Case No. 08-17015 SQU
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/22/2011 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/16/2011                By: CLERK OF BANKRUPTCY COURT


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CARLOS, JOSE M § Case No. 08-17015 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,004.78 |
| and approved disbursements of | $ | 14.21 |
| leaving a balance on hand of[1] | $ | 5,990.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,350.47 | $ 0.00 | $ 1,350.47 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,224.50 | $ 0.00 | $ 1,224.50 |
| Other: International Sureties Ltd. | $ 5.09 | $ 5.09 | $ 0.00 |
| Other: Cohen & Krol | $ 20.90 | $ 0.00 | $ 20.90 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,595.87 |
| Remaining Balance | $ 3,394.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,053.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | $ 1,586.76 | $ 0.00 | $ 412.66 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 894.96 | $ 0.00 | $ 232.75 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 3,710.26 | $ 0.00 | $ 964.91 |
| 000004 | Capital Recovery II | $ 495.30 | $ 0.00 | $ 128.81 |
| 000005 | Capital Recovery II | $ 1,025.55 | $ 0.00 | $ 266.71 |
| 000006 | American Express Centurion Bank | $ 599.56 | $ 0.00 | $ 155.93 |
| 000007 | eCAST Settlement Corporation assignee of | $ 2,724.15 | $ 0.00 | $ 708.46 |
| 000008 | Chase Bank USA NA | $ 1,170.65 | $ 0.00 | $ 304.45 |
| 000009 | Wells Fargo Financial Illinois, Inc | $ 846.03 | $ 0.00 | $ 220.02 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,394.70 |
| | Remaining Balance | | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010) (Page: 3)

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL  
105 WEST MADISON STREET  
SUITE 1100  
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-17015-JHS
Jose M Carlos                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch              Page 1 of 2              Date Rcvd: Jun 16, 2011
                              Form ID: pdf006          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2011.
```
db          +Jose M Carlos,    424 Belden Ave,    Glendale Heights, IL 60139-2510
aty         +Paul H. Millewich,    Steven H. Mevorah & Associates,     134 North Bloomingdale Road,
              Bloomingdale, IL 60108-1017
aty         +Yan Teytelman,    Russell Simon, Chapter 13 Trustee,    33 Bronze Pointe, Suite 110,
              Swansea, IL 62226-8311
tr          +Gina B Krol,    Cohen & Krol,   105 West Madison St Ste 1100,    Chicago, IL 60602-4600
12377765    +America's Servicing Company,    C/O Freedman, Anselmo, Lindberg & Rappe,    1807 W Diehl Rd,
              Naperville, IL 60563-1890
12377766     American Express,    PO Box 0001,    West Hollywood, CA  90069
12622659     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12377768    +Aspire Visa,    PO Box 105555,    Atlanta, GA 30348-5555
12377769    +Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
12536725   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
              PO BOX 5155,    NORCROSS, GA   30091)
12377783   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,    PO Box 660487,    Dallas, TX   75266)
12377770     Capital One,    PO Box 5294,    Carol Stream, IL  60197-5294
12377763    +Carlos Jose M,    424 Belden Ave,    Glendale Heights, IL 60139-2510
12683928     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12377771    +Chase Mastercard,    PO Box 15153,    Wilmington, DE 19886-5153
12377773    +Direct Merchants Bank,    PO Box 17313,    Baltimore, MD 21297-1313
12377774    +Firestone Credit First NA,    PO Box 81344,    Cleveland, OH 44188-0001
12377775    +HSBC Mastercard,    PO Box 17051,    Baltimore, MD 21297-1051
12377764    +Law Offices Of Steven H Mevorah,    & Associates,    134 North Bloomingdale Road,
              Bloomingdale, IL 60108-1017
12377779    +Patelco Credit Union,    156 2nd St,    San Francisco, CA 94105-3724
12377780    +Retail Services,    Office Max,    PO Box 17602,    Baltimore, MD 21297-1602
12377781    +Sears Mastercard,    PO Box 6922,    The Lakes, NV 88901-6922
12377784    +Wells Fargo Financial,    316 W Army Trail Rd # 20,    Bloomingdale, IL 60108-5616
12800097    +Wells Fargo Financial Illinois, Inc,    4137 121st Street,    Urbandale IA 50323-2310
12668511     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12377767      E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 16 2011 22:56:19
              American Honda Finance Corporation,    PO Box 60001,    City of Industry, CA  91716
12999486     +E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2011 23:12:51     Capital Recovery II,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12377772      E-mail/Text: legalcollections@comed.com Jun 16 2011 22:56:35      Com Ed,   Bill Payment Center,
              Chicago, IL  60668-0001
12377776     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 23:12:50      J C Penney,   PO Box 960090,
              Orlando, FL 32896-0090
12377777     +E-mail/Text: bankrup@nicor.com Jun 16 2011 22:55:39      Nicor,   PO Box 416,
              Aurora, IL 60568-0001
12377778     +E-mail/Text: anestisderakis@officemax.com Jun 16 2011 22:57:46      Office Max,
              800 W Bryn Mawr Ave,    Itasca, IL 60143-1503
12546468      E-mail/Text: resurgentbknotifications@resurgent.com Jun 16 2011 22:55:34
              PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12564828      E-mail/Text: resurgentbknotifications@resurgent.com Jun 16 2011 22:55:34
              PYOD LLC its successors and assigns as assignee of,    Washington Mutual,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12999487      E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2011 23:12:51
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12622475     +E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2011 23:12:51
              Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12622474     +E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2011 23:12:51
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12377782     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 23:12:50      Walmart,   PO Box 530927,
              Atlanta, GA 30353-0927
                                                                                              TOTAL: 12
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: lhatch              Page 2 of 2              Date Rcvd: Jun 16, 2011
                              Form ID: pdf006           Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2011**                                **Signature:**    _Joseph Speetjens_