UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| CARLOS, JOSE M | § § | Case No. 08-17015 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/GINA B. KROL_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America Honda Finance | | | | | |
| | America's Servicing Company | | | | | |
| | America's Servicing Company | | | | | |
| | Office Max | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patelco CU | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aspire Visa | | | | | |
| | Best Buy | | | | | |
| | Com Ed | | | | | |
| | Direct Merchants Bank | | | | | |
| | Firestone Credit | | | | | |
| | JC Penny | | | | | |
| | Nicor Gas | | | | | |
| | Office Max | | | | | |
| | Sears Mastercard | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walmart | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL RECOVERY II | | | | | |
| 000005 | CAPITAL RECOVERY II | | | | | |
| 000008 | CHASE BANK USA NA | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | WELLS FARGO FINANCIAL ILLINOIS, INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1

Case 08-17015    INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT    Desc Main    Page: 1
                 Doc 55  Filed 11/28/11  Entered 11/15/11 11:09:58
                           ASSET CASES
                 Document      Page 7 of 11

Exhibit 8

| Case No: | 08-17015 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | CARLOS, JOSE M | | | Date Filed (f) or Converted (c): | 07/01/08 (f) |
| | | | | 341(a) Meeting Date: | 07/29/08 |
| For Period Ending: 11/02/11 | | | | Claims Bar Date: | 10/31/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence 105 Schaumburg Road Streamwood, Illinois | 204,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 20.00 | 20.00 | | 0.00 | FA |
| 3. Harris Bank Checking Account #1105047552 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Idahy Federal Credit Union Savings Account #000003 | 500.00 | 500.00 | | 0.00 | FA |
| 5. USA One National Credit Union Savings Account #247 | 100.00 | 100.00 | | 0.00 | FA |
| 6. Miscellaneous furniture, furnishings, televisions, | 150.00 | 150.00 | | 0.00 | FA |
| 7. Miscellaneous CD's, records, tapes | 50.00 | 50.00 | | 0.00 | FA |
| 8. Miscellaneous clothing | 150.00 | 150.00 | | 0.00 | FA |
| 9. Miscellaneous jewelry - watches | 100.00 | 100.00 | | 0.00 | FA |
| 10. Miscellaneous photographic equipment - camera | 150.00 | 150.00 | | 0.00 | FA |
| 11. 401 k with Office Max | 17,000.00 | 17,000.00 | | 0.00 | FA |
| 12. 2002 Mercedes Benz E Class Sedan<br>    Debtor Claimed Exemption | 12,975.00 | 12,975.00 | | 6,000.00 | FA |
| 13. 2005 Honda Accord | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 14. Nissan Murano | 8,000.00 | 8,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.86 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $253,195.00 | $49,195.00 | | $6,004.86 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 05/31/11

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

LFORM1                                                                Ver: 16.04e

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-17015 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CARLOS, JOSE M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9653  BofA - Money Market Account |
| Taxpayer ID No: | *******3244 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/08 | 12 | Jose Carlos | Sale of Automobile | 1129-000 | 6,000.00 | | 6,000.00 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 6,000.36 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.49 | | 6,000.85 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 6,001.15 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,001.20 |
| 02/17/09 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.67 | 5,996.53 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,996.58 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,996.63 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,996.76 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,996.90 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,997.06 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.36 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.51 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.66 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.81 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.96 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,998.10 |
| 02/09/10 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.45 | 5,993.65 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,993.79 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,993.95 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,994.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,994.25 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,994.40 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,994.55 |

Page Subtotals    6,003.67    9.12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-17015 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CARLOS, JOSE M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9653  BofA - Money Market Account |
| Taxpayer ID No: | *******3244 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,994.71 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,994.86 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,995.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,995.16 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,995.31 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,995.46 |
| 02/07/11 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 5.09 | 5,990.37 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,990.42 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,990.47 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,990.52 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.05 | | 5,990.57 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.05 | | 5,990.62 |
| 07/21/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.03 | | 5,990.65 |
| 07/21/11 | | Transfer to Acct #*******4085 | Final Posting Transfer | 9999-000 | | 5,990.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 6,004.86 | 6,004.86 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 5,990.65 | |
| Subtotal | | 6,004.86 | 14.21 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 6,004.86 | 14.21 | |

Page Subtotals           1.19        5,995.74

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.04e

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-17015 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | CARLOS, JOSE M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4085  BofA - Checking Account |
| Taxpayer ID No: | *******3244 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/11 | | Transfer from Acct #*******9653 | Transfer In From MMA Account | 9999-000 | 5,990.65 | | 5,990.65 |
| 07/21/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.47 | 4,640.18 |
| 07/21/11 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 1,224.50 | 3,415.68 |
| 07/21/11 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Expenses per Court Order | 3120-000 | | 20.90 | 3,394.78 |
| 07/21/11 | 003004 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Claim 000001, Payment 26.00708% | 7100-900 | | 412.67 | 2,982.11 |
| 07/21/11 | 003005 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 26.00675% | 7100-900 | | 232.75 | 2,749.36 |
| 07/21/11 | 003006 | PYOD LLC its successors and assigns as assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000003, Payment 26.00734% | 7100-900 | | 964.94 | 1,784.42 |
| 07/21/11 | 003007 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000004, Payment 26.00646% | 7100-900 | | 128.81 | 1,655.61 |
| 07/21/11 | 003008 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000005, Payment 26.00751% | 7100-900 | | 266.72 | 1,388.89 |
| 07/21/11 | 003009 | American Express Centurion Bank | Claim 000006, Payment 26.00741% | 7100-900 | | 155.93 | 1,232.96 |

Page Subtotals        5,990.65        4,757.69

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 08-17015 -SQU |
|---|---|
| Case Name: | CARLOS, JOSE M |
| Taxpayer ID No: | *******3244 |
| For Period Ending: | 11/02/11 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4085 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/11 | 003010 | c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns | Claim 000007, Payment 26.00738% | 7100-900 | | 708.48 | 524.48 |
| 07/21/11 | 003011 | Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 26.00692% | 7100-900 | | 304.45 | 220.03 |
| 07/21/11 | 003012 | Wells Fargo Financial Illinois, Inc<br>4137 121st Street<br>Urbandale IA 50323 | Claim 000009, Payment 26.00735%<br>(9-1) unsecured claim | 7100-900 | | 220.03 | 0.00 |

```
                                      COLUMN TOTALS                    5,990.65      5,990.65          0.00
                                  Less: Bank Transfers/CD's            5,990.65          0.00
                               Subtotal                                    0.00      5,990.65
                                  Less: Payments to Debtors                              0.00
                               Net                                         0.00      5,990.65
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********9653 | 6,004.86 | 14.21 | 0.00 |
| BofA - Checking Account - ********4085 | 0.00 | 5,990.65 | 0.00 |
| | 6,004.86 | 6,004.86 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 0.00    1,232.96

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.04e

LFORM24